UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LYNNE M. RAMSDELL,

               Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

Case No. C22-5411-LK

**ORDER TO SHOW CAUSE**

    Plaintiff's Complaint seeking review of the Commissioner's decision denying social security benefits was filed on June 8, 2022. Dkt. No. 6. The Clerk issued summonses the same day. Dkt. No. 7.

    Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff must serve the defendant within 90 days after the complaint is filed. Plaintiff still has not served Defendant.

    Plaintiff is directed to file proof of service on Defendant no later than November 28, 2022, or show cause as to why this case should not be dismissed. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summons and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov. If Plaintiff fails to respond to this order by November 28, 2022, the Court may dismiss this case.

ORDER tO SHOW CAUSE - 1

1     DATED this 14th day of November, 2022.

                                                                     Lauren King
                                                                       United States District Judge

ORDER tO SHOW CAUSE - 2